# EXHIBIT B-1

**US 7,899,145**

### Analysis of Infringement of U.S. Patent No. 7,899,145 by Truist Bank
### (Based on Public Information Only)

Induction Devices LLC ("Induction Devices") provides this preliminary and exemplary infringement analysis with respect infringement of U.S. Patent No. 7,899,145, entitled "Circuit, system, and method for multiplexing signals with reduced jitter" (the "'145 patent") by Truist Bank ("Truist").  The following chart illustrates an exemplary analysis regarding infringement by Truist's contactless credit cards (collectively, the "Accused Instrumentalities").

The analysis set forth below is based only upon information from publicly available resources regarding the Accused Instrumentalities, as Truist has not yet provided any non-public information.

Unless otherwise noted, Induction Devices contends that Truist directly infringes the '145 patent in violation of 35 U.S.C. § 271(a) by selling, offering to sell, making, using, and/or importing the Accused Instrumentalities.  The following exemplary analysis demonstrates that infringement.  Unless otherwise noted, Induction Devices further contends that the evidence below supports a finding of indirect infringement under 35 U.S.C. §§ 271(b) and/or (c), in conjunction with other evidence of liability under one or more of those subsections.

Unless otherwise noted, Induction Devices believes and contends that each element of each claim asserted herein is literally met through Truist's provision of the Accused Instrumentalities.  However, to the extent that Truist attempts to allege that any asserted claim element is not literally met, Induction Devices believes and contends that such elements are met under the doctrine of equivalents.  More specifically, in its investigation and analysis of the Accused Instrumentalities, Induction Devices did not identify any substantial differences between the elements of the patent claims and the corresponding features of the Accused Instrumentalities, as set forth herein.  In each instance, the identified feature of the Accused Instrumentalities performs at least substantially the same function in substantially the same way to achieve substantially the same result as the corresponding claim element.

Induction Devices notes that the present claim chart and analysis are necessarily preliminary in that Induction Devices has not obtained substantial discovery from Truist nor has Truist disclosed any detailed analysis for its non-infringement position, if any.  Further, Induction Devices does not have the benefit of claim construction or expert discovery.  Induction Devices reserves the right to supplement and/or amend the positions taken in this preliminary and exemplary infringement analysis, including with respect to literal infringement and infringement under the doctrine of equivalents, if and when warranted by further information obtained by Induction Devices, including but not limited to information adduced through information exchanges between the parties, fact discovery, claim construction, expert discovery, and/or further analysis.

1

US 7,899,145

| Claim # | (Infringement) |
|---|---|
| 10. A system, comprising: a circuit comprising two logic gates and a first logic block and a second logic block, each arranged within a separate power supply domain, wherein: | The Accused Instrumentalities comprise a system, comprising: a circuit comprising two logic gates and a first logic block and a second logic block, each arranged within a separate power supply domain.<br><br><br><br>"EMV Chip At-a-Glance" whitepaper at 4 |

US 7,899,145



US 7,899,145

| Claim # | (Infringement) |
|---|---|
| | https://www.truist.com/credit-cards<br><br>On information and belief, the two logic gates are comprised of the Logic Gate for Contact Interface and the Logic Gate for Contactless Interface<br><br>→<br><br>The globally established EMV® Chip infrastructure provides a foundation for reliable and trusted transactions across contactless and mobile channels for in-store payments.<br><br>EMV Chip continues to advance to support digital payments, employing state of the art security such as Elliptic Curve Cryptography (ECC).<br><br>The flexibility of the specifications is extending the benefits of EMV Chip beyond retail in-store payments to transit, IoT and in-car payments.<br><br>EMVCo continues to evolve the EMV Chip Specifications in collaboration with merchants, issuers, acquirers, payment networks, financial institutions, manufacturers, technology providers and testing laboratories across the globe.<br><br>As consumers move away from cash and increasingly towards digital payments, we can expect EMV Chip technology to continue to be a critical enabler for secure, reliable card-based payments around the world.<br><br><br><br>"EMV Chip At-a-Glance" whitepaper at 7<br><br>The first logic gate (contact interface) operates using supply voltage ("VCC") from a card reader. *See, e.g.* ISO 7816 specification. The second logic gate (contactless RF interface) draws its supply voltage from an RF field . *See, e.g.,* ISO 14443 specification.  The interface for each (contact or contactless) comprises a separate power domain. |

4

**US 7,899,145**

| Claim # | (Infringement) |
|---------|----------------|
| | EMV Chip Specifications incorporate the standards set forth in ISO 7816 and ISO 14443, respectively.<br><br>**ISO Standards**<br><br>The EMV Chip Specifications are based on these underlying International Organisation for Standardisation standards:<br><br>• ISO/IEC 7816: Identification Cards – Integrated Circuit(s) Cards<br><br>• ISO/IEC 14443: Identification Cards – Contactless Integrated Circuit(s) Cards – Proximity Cards<br><br>• ISO 8583: Financial transaction card originated messages<br><br>"EMV Chip At-a-Glance" whitepaper at 5<br><br>On information and belief, the Accused Instrumentalities comprise a second logic block, such as a CPU, microprocessor, or the equivalent, and the second logic block further comprises at least one other power domain in addition to the two respective ISO14443 and ISO7816 power domains. |

5

US 7,899,145

| Claim # | (Infringement) |
|---|---|
| | ## EMV® Chip Specifications

→          →

**What they Cover**      **Contact and Contactless**

An EMV® Chip transaction requires communication between the chip in the card, smartphone, or other device making the payment and the acceptance terminal.

EMV Chip Specifications define the requirements for the chip to communicate with the acceptance terminal and exchange information to execute a transaction.

The transaction involves a dialogue between the card and the terminal, both of which perform steps that will constitute the full transaction, usually involving an authorisation system.

During an EMV transaction, the chip processes information and performs complex cryptography calculations for security and verification perspectives.

To execute a payment, the chip must exchange data with a chip reader in an acceptance terminal. There are two possible means by which this exchange may be made - contact or contactless. For both contact and contactless payments, the acceptance terminal provides power to the chip to enable the chip to function.

Chip cards that offer both contact and contactless capabilities are known as dual interface cards. When the chip is installed inside a non-card device, such as a wristband, contactless is typically the only option for communication to the acceptance terminal.

"EMV Chip At-a-Glance" whitepaper at 4

In electronics, a power domain is a collection of instances that use the same power supply and can be powered on or off independently. For dual-interface cards such as those found in EMV cards, the power domains can be classified as follows:

- **ISO14443 Front End (Contactless)**: This front end includes the antenna and associated circuitry for RF communication and power harvesting. It operates in a wireless power domain, powered by the RF field, with energy converted via inductive coupling. The antenna picks up energy from high-frequency radio waves to power the chip, indicating a distinct power domain for contactless operation. |

6

US 7,899,145

| Claim # | (Infringement) |
|---|---|
| | **3.2.1    PCD Requirements for Power Transfer PCD to PICC**<br><br>This section specifies the PCD requirement for power transfer from PCD to PICC. The PCD creates an energising RF field (the Operating Field) that enables the PICC to enter an operational state. Table 3.2 describes the measurement procedure for the power transfer from PCD to PICC.<br><br>EMV Level 1 Contactless Interface Specification, Version 3.2, Section 3.2.1 at 30<br><br>• **ISO7816 Front End (Contact)**: This front end includes the contact pads and circuitry for wired communication, powered directly through the VCC contact. The terminal supplies a stable voltage (e.g., 5V for Class A, 3V for Class B), placing this front end in a wired power domain, separate from the contactless domain. |

**US 7,899,145**

| Claim # | (Infringement) |
|---|---|
| | ### 5.3.6  Supply Voltage (VCC)<br><br>Three classes of operating conditions are defined for the ICC. These are specified in Table 6.<br><br>The ICC shall support classes A and B and may optionally support classes A, B and C.<br><br>**Table 6:  Classes of Operation**<br><br>(table below)<br><br>The ICC shall operate correctly on any supply voltage lying within the range(s) specified for the classes it supports and when operating at any frequency within the range specified in section 5.3.4.<br><br>EMV Level 1 Specifications for Payment Systems, Version 1, Section 5.3.6 at 28<br><br>• **Second Logic Block Power Domain**: The second logic block (CPU, microprocessor, etc.), which processes transactions and manages both interfaces, must be powered regardless of the active mode. Given the different power sources (RF field vs. contact voltage), upon information and belief, the second logic block is not in the same power domain as either the respective ISO14443 or ISO7816 |

Table 6: Classes of Operation

| Symbol | Conditions | Minimum | Maximum | Unit |
|---|---|---|---|---|
| $V_{CC}$ | Class A | 4.50 | 5.50 | V |
| | Class B | 2.70 | 3.30 | |
| | Class C | 1.62 | 1.98 | |
| $I_{CC}$ | Class A | | 50 | mA |
| | Class B | | 50 | |
| | Class C | | 30 | |

The maximum current consumptions shown apply when operating at any frequency within the range specified in section 5.3.4.

The current value is averaged over 1 ms.

**US 7,899,145**

| Claim # | (Infringement) |
|---|---|
| | front ends. Instead, it operates in a separate power domain, with power management circuitry (e.g., LDOs, DVS) to handle and convert the input power.<br><br>On information and belief, the Accused Instrumentalities further comprise one or more components or elements which comprise a first logic block, such as coprocessors and other system components which may handle tasks such as cryptography, random number generation, security, etc.<br><br>Further, on information and belief, most or all of the components in the payment card are in isolated power domains in keeping with current industry standards and practices (see below). Therefore, the system component(s) that comprise the first logic block comprise at least one additional power domain, in addition to the respective power domains of the ISO7816 interface, the ISO14443 interface, and the CPU/microprocessor. |

9

US 7,899,145

| Claim # | (Infringement) |
|---------|----------------|
|         |  |
|         | https://semiengineering.com/knowledge_centers/standards-laws/standards/unified-power-format/ |
|         | The Unified Power Format (UPF) is the popular name for the IEEE standard, officially IEEE 1801, for specifying power intent in power optimization of electronic design automation, particularly for system on a chip designs (SOCs). The current version is IEEE 1801-2018. UPF provides a standardized way to annotate an electronic design with power and power control intent, enabling portability across various EDA tools for design, analysis, verification, and implementation. |
|         | Key features of UPF include: |

10

**US 7,899,145**

| Claim # | (Infringement) |
|---|---|
|  | • **Power Domains**: Defining different areas of the SOC that can be powered independently, allowing parts to be turned off when not in use to save energy.<br><br>• **Power States**: Specifying various operational states, such as active, idle, or sleep, for each power domain, enabling fine-grained power management.<br><br>• **Power Control Logic**: Describing how power is controlled, including isolation cells, level shifters, and retention registers, which are necessary for managing transitions between power states and domains.<br><br>• **Supply Nets and Sets**: Defining power supplies and their relationships, ensuring consistent power distribution across the chip. |

11

US 7,899,145

| Claim # | (Infringement) |
|---|---|
| | <br><br>https://www.synopsys.com/blogs/chip-design/unified-power-format-low-power-ic-design.html<br><br>For example, UPF allows designers to define power domains, isolation strategies, and retention strategies for power gating, aligning all tools in the design flow to implement and verify power reduction strategies. This is |

US 7,899,145

| Claim # | (Infringement) |
|---|---|
| | particularly relevant for SOCs in payment cards, which must manage power across contact and contactless interfaces while maintaining low power consumption for extended battery life in portable terminals.<br><br>Given its widespread adoption in the semiconductor industry, on information and belief, a power domain isolation scheme like UPF is used by payment card SOC manufacturers to specify power intent for these chips, ensuring efficient power management.<br><br><br><br>https://www.synopsys.com/blogs/chip-design/practical-power-management.html |
| a first of the two logic gates is operatively coupled with a first signal; | The Accused Instrumentalities comprise a first of the two logic gates operatively coupled with a first signal.<br><br>The first signal is the external communications received by the contact interface, which functions as the first logic gate. |

13

US 7,899,145

| Claim # | (Infringement) |
|---|---|
| | → <br><br> The globally established EMV® Chip infrastructure provides a foundation for reliable and trusted transactions across contactless and mobile channels for in-store payments. <br><br> EMV Chip continues to advance to support digital payments, employing state of the art security such as Elliptic Curve Cryptography (ECC). <br><br> The flexibility of the specifications is extending the benefits of EMV Chip beyond retail in-store payments to transit, IoT and in-car payments. <br><br> EMVCo continues to evolve the EMV Chip Specifications in collaboration with merchants, issuers, acquirers, payment networks, financial institutions, manufacturers, technology providers and testing laboratories across the globe. <br><br> As consumers move away from cash and increasingly towards digital payments, we can expect EMV Chip technology to continue to be a critical enabler for secure, reliable card-based payments around the world. <br><br> <br><br> "EMV Chip At-a-Glance" whitepaper at 7 |

14

US 7,899,145

| Claim # | (Infringement) |
|---|---|
| | <br><br>"EMV Chip At-a-Glance" whitepaper at 5 |

15

US 7,899,145

| Claim # | (Infringement) |
|---|---|
| | EMV® Level 1<br>Contact Interface V1.0<br><br>**Revision Log - Version 1.0**<br><br>The following changes have been made to Book 1 since the publication of Version 4.3. Book 1 has been split and this new document addresses only the Electromechanical Characteristics, Logical Interface and Transmission Protocols and is now part of the EMV Level 1 Specifications for Payment Systems. According to the General Bulletin GB No 49, the version numbering scheme has been set to Version 1.0.<br><br>EMV Level 1 Specifications for Payment Systems (EMV Contact Interface Specification) at iii |
| a second of the two logic gates is operatively coupled with a second signal; and | The Accused Instrumentalities comprise a second of the two logic gates operatively coupled with a second signal.<br><br>The second signal is the external communications received by the contactless interface, which functions as the second logic gate. |

16

**US 7,899,145**

| Claim # | (Infringement) |
|---|---|
|  | → The globally established EMV® Chip infrastructure provides a foundation for reliable and trusted transactions across contactless and mobile channels for in-store payments.<br><br>EMV Chip continues to advance to support digital payments, employing state of the art security such as Elliptic Curve Cryptography (ECC).<br><br>The flexibility of the specifications is extending the benefits of EMV Chip beyond retail in-store payments to transit, IoT and in-car payments.<br><br>EMVCo continues to evolve the EMV Chip Specifications in collaboration with merchants, issuers, acquirers, payment networks, financial institutions, manufacturers, technology providers and testing laboratories across the globe.<br><br>As consumers move away from cash and increasingly towards digital payments, we can expect EMV Chip technology to continue to be a critical enabler for secure, reliable card-based payments around the world.<br><br><br><br>"EMV Chip At-a-Glance" whitepaper at 7 |

17

US 7,899,145

| Claim # | (Infringement) |
|---|---|
| | **ISO Standards**<br><br>The EMV Chip Specifications are based on these underlying International Organisation for Standardisation standards:<br><br>• ISO/IEC 7816: Identification Cards – Integrated Circuit(s) Cards<br><br>• ISO/IEC 14443: Identification Cards – Contactless Integrated Circuit(s) Cards – Proximity Cards<br><br>• ISO 8583: Financial transaction card originated messages<br><br>"EMV Chip At-a-Glance" whitepaper at 5 |
| a second logic block operatively coupled with one of the first and second signals, | The Accused Instrumentalities comprise a second logic block operatively coupled with one of the first and second signals, depending on a state of a control signal. |

US 7,899,145

| Claim # | (Infringement) |
|---|---|
| depending on a state of a control signal; and | On information and belief, the Accused Instrumentalities comprise a second logic block, such as a CPU, microprocessor, or the equivalent, and the second logic block is operatively coupled with one of the first and second signals, depending on a state of a control signal.<br><br>**EMV® Chip Specifications**<br><br>→<br>**What they Cover**<br><br>An EMV® Chip transaction requires communication between the chip in the card, smartphone, or other device making the payment and the acceptance terminal.<br><br>EMV Chip Specifications define the requirements for the chip to communicate with the acceptance terminal and exchange information to execute a transaction.<br><br>The transaction involves a dialogue between the card and the terminal, both of which perform steps that will constitute the full transaction, usually involving an authorisation system.<br><br>During an EMV transaction, the chip processes information and performs complex cryptography calculations for security and verification perspectives.<br><br>→<br>**Contact and Contactless**<br><br>To execute a payment, the chip must exchange data with a chip reader in an acceptance terminal. There are two possible means by which this exchange may be made - contact or contactless. For both contact and contactless payments, the acceptance terminal provides power to the chip to enable the chip to function.<br><br>Chip cards that offer both contact and contactless capabilities are known as dual interface cards. When the chip is installed inside a non-card device, such as a wristband, contactless is typically the only option for communication to the acceptance terminal.<br><br>"EMV Chip At-a-Glance" whitepaper at 4 |
| a system component coupled to the | The Accused Instrumentalities comprise a system component coupled to the second logic block. |

US 7,899,145

| Claim # | (Infringement) |
|---|---|
| second logic block. | On information and belief, the Accused Instrumentalities further comprises one or more system components, such as coprocessors and other system components which may handle tasks such as cryptography, random number generation, security, etc. System components could also include power management components, etc.<br><br>Dual-interface cards must handle cryptographic operations for both contact and contactless modes, ensuring security for offline data authentication, dynamic data authentication, and secure messaging. The EMV specifications highlight:<br><br>• RSA for digital signatures in Static Data Authentication (SDA), Dynamic Data Authentication (DDA), and Combined DDA/Application Cryptogram Generation (CDA).<br>*See, e.g.,* EMV Contact Interface Spec, Book 2, Sections 5.1, 5.2, 6.5, 6.6, 7, Annex A and B<br><br>• ECC for Extended Data Authentication (XDA) and offline data encipherment, using curves like P-256 and P-521.<br>*See, e.g.,* EMV Contact Interface Spec, Book 2, Sections 11.2, 12, 13, A2, B2.4<br>*See, e.g.,* EMV Contactless Interface Spec, Book E, Sections 2.1, 5, 8.8, Table 8.4<br><br>• Symmetric algorithms like AES for encipherment and MAC generation, and hash functions like SHA-256 for integrity.<br>*See, e.g.,* EMV Contact Interface Spec, Book 2, Sections 5, 6, 7.3, 9.2, 11, etc.<br>*See, e.g.,* EMV Contactless Interface Spec, Book E, Sections 8.3, 8.6, 8.7, etc. |

**Caveat**: The EMVCo specifications cited herein (including, but not limited to, EMV Books 1–3, Contactless Books A–E, and the Level 1 Contactless Interface Specification) are component volumes of a single integrated EMV standard. Each Book governs a different architectural layer (e.g., physical interface, protocol, security, application processing), and they are expressly cross-referenced and interdependent. An EMV-compliant payment card must implement the coordinated requirements across these volumes. Accordingly, citations to multiple EMV Books reflect different functional aspects of the same integrated EMV system implemented in the Accused Instrumentalities.