# EXHIBIT D-1

**US 8,370,543**

## Analysis of Infringement of U.S. Patent No. 8,370,543 by Truist Bank
## (Based on Public Information Only)

Induction Devices LLC ("Induction Devices") provides this preliminary and exemplary infringement analysis with respect infringement of U.S. Patent No. 8,370,543, entitled "Busy detection logic for asynchronous communication port" (the "'543 patent") by Truist Bank ("Truist"). The following chart illustrates an exemplary analysis regarding indirect infringement by Truist's contactless credit cards (collectively, the "Infringing Instrumentalities").

The analysis set forth below is based only upon information from publicly available resources regarding the Infringing Instrumentalities, as Truist has not yet provided any non-public information.

Unless otherwise noted, Induction Devices contends that Truist directly infringes the '543 patent in violation of 35 U.S.C. § 271(a) by selling, offering to sell, making, using, and/or importing the Accused Instrumentalities. The following exemplary analysis demonstrates that infringement. Unless otherwise noted, Induction Devices further contends that the evidence below supports a finding of indirect infringement under 35 U.S.C. §§ 271(b) and/or (c), in conjunction with other evidence of liability under one or more of those subsections.

Unless otherwise noted, Induction Devices believes and contends that each element of each claim asserted herein is literally met through Truist's provision of the Infringing Instrumentalities. However, to the extent that Truist attempts to allege that any asserted claim element is not literally met, Induction Devices believes and contends that such elements are met under the doctrine of equivalents. More specifically, in its investigation and analysis of the Infringing Instrumentalities, Induction Devices did not identify any substantial differences between the elements of the patent claims and the corresponding features of the Infringing Instrumentalities, as set forth herein. In each instance, the identified feature of the Infringing Instrumentalities performs at least substantially the same function in substantially the same way to achieve substantially the same result as the corresponding claim element.

Induction Devices notes that the present claim chart and analysis are necessarily preliminary in that Induction Devices has not obtained substantial discovery from Truist nor has Truist disclosed any detailed analysis for its non-infringement position, if any. Further, Induction Devices does not have the benefit of claim construction or expert discovery. Induction Devices reserves the right to supplement and/or amend the positions taken in this preliminary and exemplary infringement analysis, including with respect to literal infringement and infringement under the doctrine of equivalents, if and when warranted by further information obtained by Induction Devices, including but not limited to information adduced through information exchanges between the parties, fact discovery, claim construction, expert discovery, and/or further analysis.

1

**US 8,370,543**

| Claim # | (Infringement) |
|---|---|
| 16. A system, comprising: | The Accused Instrumentalities comprise a system. |

US 8,370,543



3

**US 8,370,543**

| Claim # | (Infringement) |
|---|---|
| | https://www.truist.com/credit-cards<br><br>**EMV®**<br>**Level 1 Specifications for Payment**<br>**Systems**<br><br><br>**EMV® Contactless Interface**<br>**Specification**<br><br>Version 3.2<br>July 2022<br><br>EMV Level 1 Contactless Interface Specification, Version 3.2, Title at cover |

4

**US 8,370,543**

| Claim # | (Infringement) |
|---|---|
| a first device; | The Accused Instrumentalities comprise a first device. Specifically, the first device is the NFC Front End component and associated Antenna of the Proximity Coupling Device ("PCD"), which powers, provides data to, and receives data from the contactless-enabled credit card ("Proximity IC Card", or "PICC"). <br><br> ## 2.5 Overview <br><br> This specification lists the EMV specific communication protocol requirements for PICCs and PCDs based on the protocol as described in ISO/IEC 14443 1-4. The specification uses a layered approach as shown in Figure 2.7. <br><br> EMV Level 1 Contactless Interface Specification, Version 3.2, Section 2.5 at 22 |

5

US 8,370,543

| Claim # | (Infringement) |
|---|---|
| | **Proximity IC Card (PICC)** — Within these specifications, a PICC is considered to be a consumer token into which integrated circuit(s) and coupling means have been placed and in which communication to such integrated circuit(s) is done by inductive coupling in proximity of a coupling device. The consumer token may be a card of the ID 1 form factor (as defined in [ISO/IEC 7810]), a key fob, a mobile phone, or another form factor.<br><br>**Proximity Coupling Device (PCD)** — The peripheral device of the terminal that uses inductive coupling to provide power to the PICC and also to control the data exchange with the PICC.<br><br>EMV Level 1 Contactless Interface Specification, Version 3.2, Section 1.5 at 4 |

6

**US 8,370,543**

| Claim # | (Infringement) |
|---|---|
| | ## 2. NFC Reader antenna design <br><br> ### 2.1 ISO/IEC 14443 specifics <br><br> The ISO/IEC 14443 (called "ISO" in the following, details see [2]) specifies the contactless interface as widely being used with contactless smartcards like e.g. MIFARE product-based cards. <br><br> The ISO/IEC 14443 defines the communication between a reader ("proximity coupling device" = PCD) and a contactless smartcard ("proximity chip card" = PICC). In four parts it describes the physical characteristics (i.e. the size of the PICC antennas), the analog parameters like e.g. modulation and coding schemes, the card activation sequences ("Anti-collision") and the digital protocol. The ISO/IEC 10373-6 (see [3]) describes the test setup as well as all the related tests for cards and the reader. <br><br> The ISO/IEC 14443 reader antenna consists of an antenna coil, which is matched to the reader IC. This antenna coil, as shown in Fig 1, <br><br> 1. generates the magnetic field to provide the power to operate a card (PICC), <br><br> 2. transmits the data from the reader (PCD) to the card (PICC), and <br><br> 3. receives the data from the card (PICC) to the reader (PCD). <br><br> AN11019 Design Guide Rev. 1.5, 2018, Section 2 at 3 |
| a second device having a plurality of different resources accessible by the first device, and operating in a first clock domain; and | The Accused Instrumentalities further comprise a second device having a plurality of different resources accessible by the first device, and operating in a first clock domain. <br><br><br> An EMVCo compliant contactless credit card ("Proximity Integrated Circuit Card" or "PICC") is an integrated circuit that includes peripheral components which form a "crypto engine" (also known as a "secure |

US 8,370,543

| Claim # | (Infringement) |
|---|---|
| | element"). On information and belief, the Accused Instrumentalities comprise a second device in the form of a crypto engine having a plurality of resources, including various cryptography accelerators (ECC, RSA, AES, etc.), secure memories (data path instructions, precomputation tables, static keys and other issuer data, etc.), random number generators, etc.. <br><br><br> For example, for requests requiring cryptographic operations, such as generating the Local Cryptogram (EDA-MAC) during local authentication, the request is passed to a crypto engine or secure element within the PICC, having a plurality of different resources including some or all of a state machine, microcode, coprocessors, secure memories, random number generators, security controllers, etc. In Book E, the EDA-MAC computation involves AES-CMAC and AES-CMAC+ operations over transaction data. The necessary data is forwarded (e.g., IAD-MAC Input Data) to the crypto engine to generate the cryptogram. EMV Contactless Specifications for Payment Systems, Book E - Security and Key Management v1.1, Section 3.2 "Local Cryptogram," p. 20-22. |

US 8,370,543

| Claim # | (Infringement) |
|---|---|
| |  |

**US 8,370,543**

| Claim # | (Infringement) |
|---|---|
|  | *EMV Contactless Specifications for Payment Systems, Book E - Security and Key Management v1.1,* Figure 3.2 "Local Cryptogram Computation," p. 21.<br><br><br><br>The PICC operates in a first time domain. |

10

**US 8,370,543**

| Claim # | (Infringement) |
|---|---|
| | ## 4.2 Bit Rate<br><br>The timing of a digital signal is indicated by means of elementary time units (etu). For this specification, 1 etu equals one bit period, i.e. the time to transmit one unit of information.<br><br>For communication PCD → PICC, the etu is defined as follows:<br><br>$$1 \text{ etu } = 128 / (f_c \times D_{PCD \to PICC})$$<br><br>For communication PICC → PCD, the etu is defined as follows:<br><br>$$1 \text{ etu } = 8 / (f_s \times D_{PICC \to PCD})$$<br><br>where $f_c$ is the frequency of the carrier generated by the PCD and $f_s$ is the frequency of the subcarrier generated by the PICC (see Chapter 3). The initial value of the divisors $D_{PCD \to PICC}$ and $D_{PICC \to PCD}$ is 1, giving an initial bit rate of 106 kbit/s. The initial etu is defined as follows:<br><br>$$1 \text{ etu } = 128 / f_c = 8 / f_s$$<br><br>**Requirements 4.1: Bit Rate**<br><br>**PCD and PICC**<br><br>4.2.1.1    For this version of the specification, the bit rate for the communication shall be $f_c/128$ (~106 kbit/s) in both directions (i.e. $D_{PCD \to PICC} = D_{PICC \to PCD} = 1$).<br><br>EMV Level 1 Contactless Interface Specification, Version 3.2, Section 4.2 on 59. |

11

**US 8,370,543**

| Claim # | (Infringement) |
|---|---|
| a logic unit coupled between the first and second devices configured to latch resource request signals from the first device in response to a timing signal of the resource request signals, and synchronize latched resource request signals to the first clock domain. | The Accused Instrumentalities further comprise a logic unit coupled between the first and second devices configured to latch resource request signals from the first device in response to a timing signal of the resource request signals, and synchronize latched resource request signals to the first clock domain. <br><br> Specifically, the logic unit is the PICC's main CPU/MCU (respectively, Central Processing Unit and/or Microcontroller Unit), which is coupled between the PCD's NFC Front-End (first device) and the crypto engine/secure element (second device) to facilitate transaction operations. <br><br> **7   Type A – PICC State Machine** <br><br> This chapter specifies the behaviour of a PICC of Type A as a state machine. <br><br> EMV Level 1 Contactless Interface Specification, Version 3.2, Section 7 on 175. |

12

**US 8,370,543**

| Claim # | (Infringement) |
|---|---|
| |  EMV Level 1 Contactless Interface Specification, Version 3.2, Figure 7.1 on 177. |

13

US 8,370,543

| Claim # | (Infringement) |
|---|---|
|  | The logic unit coupled between the first and second devices of the Accused Instrumentalities is configured to latch resource request signals from the first device in response to a timing signal of the resource request signals, and synchronize latched resource request signals to the first clock domain. |
|  | Specifically, the logic unit does not process resource request signals from the first device (PCD) in direct synchronization with the clock domain of the first device. Rather, it latches resource request signals by caching them until latched resource requests can be synchronized to the first clock domain (until they can be executed in sync with the PICC's first clock domain), in response to a timing signal of the resource request (the frequency of the carrier wave from which the PICC's clock is derived). This allows adherence to timing requirements like Frame Delay Time (FDT) without direct synchronization between the PCD and PICC. |
|  | **4.3.1   Type A – Synchronization**<br><br>Type A does not have a synchronization sequence. For PCD to PICC communication Type A uses 100% ASK. The lower level is a sufficient trigger to start the demodulation and to indicate the start of the first symbol.<br><br>EMV Contactless Communication Protocol Specification Book D v2.6, 1016, Section 4.3.1 on 60. |

**US 8,370,543**

| Claim # | (Infringement) |
|---|---|
| | ### 4.8.1　Frame Delay Time PCD → PICC<br><br>The Frame Delay Time PCD → PICC ($FDT_{PICC}$) defines the time between the end of a PCD command and the start of the PICC response.<br><br>**$FDT_{A,PICC}$**<br><br>For Type A, $FDT_{A,PICC}$ is measured from the rising edge of the last lower level of the PCD command to the start of the SoF of the PICC response.  The $FDT_{A,PICC}$ depends on the logic value of the last bit before the EoF transmitted by the PCD. The $FDT_{A,PICC}$ is shown in Figure 4.14.<br><br><br>EMV Contactless Communication Protocol Specification Book D v2.6, 1016, Section 4.8.1 on 82. |

**US 8,370,543**

| Claim # | (Infringement) |
|---|---|
| | ## 4.2  Bit Rate<br><br>The timing of a digital signal is indicated by means of elementary time units (etu). For this specification, 1 etu equals one bit period, i.e. the time to transmit one unit of information.<br><br>For communication PCD → PICC, the etu is defined as follows:<br><br>$$1 \text{ etu} = 128 / (f_c \times D_{PCD \to PICC})$$<br><br>For communication PICC → PCD, the etu is defined as follows:<br><br>$$1 \text{ etu} = 8 / (f_s \times D_{PICC \to PCD})$$<br><br>where $f_c$ is the frequency of the carrier generated by the PCD and $f_s$ is the frequency of the subcarrier generated by the PICC (see Chapter 3).  The initial value of the divisors $D_{PCD \to PICC}$ and $D_{PICC \to PCD}$ is 1, giving an initial bit rate of 106 kbit/s.  The initial etu is defined as follows:<br><br>$$1 \text{ etu} = 128 / f_c = 8 / f_s$$<br><br>**Requirements 4.1:  Bit Rate**<br><br>**PCD and PICC**<br><br>4.2.1.1   For this version of the specification, the bit rate for the communication shall be $f_c/128$ (~106 kbit/s) in both directions (i.e. $D_{PCD \to PICC} = D_{PICC \to PCD} = 1$).<br><br>EMV Level 1 Contactless Interface Specification, Version 3.2, Section 4.2 on 59. |

**US 8,370,543**

**Caveat**: The EMVCo specifications cited herein (including, but not limited to, EMV Books 1–3, Contactless Books A–E, and the Level 1 Contactless Interface Specification) are component volumes of a single integrated EMV standard.  Each Book governs a different architectural layer (e.g., physical interface, protocol, security, application processing), and they are expressly cross-referenced and interdependent.  An EMV-compliant payment card must implement the coordinated requirements across these volumes.  Accordingly, citations to multiple EMV Books reflect different functional aspects of the same integrated EMV system implemented in the Accused Instrumentalities.