# EXHIBIT E-1

US 8,543,628

### Analysis of Infringement of U.S. Patent No. 8,543,628 by Truist Bank
### (Based on Public Information Only)

Induction Devices LLC ("Induction Devices") provides this preliminary and exemplary infringement analysis with respect infringement of U.S. Patent No. 8,543,628, entitled "Method and system of digital signal processing" (the "'628 patent") by Truist Bank ("Truist"). The following chart illustrates an exemplary analysis regarding indirect infringement by Truist's contactless credit cards (collectively, the "Accused Instrumentalities").

The analysis set forth below is based only upon information from publicly available resources regarding the Infringing Instrumentalities, as Truist has not yet provided any non-public information.

Unless otherwise noted, Induction Devices contends that Truist directly infringes the '628 patent in violation of 35 U.S.C. § 271(a) by selling, offering to sell, making, using, and/or importing the Accused Instrumentalities. The following exemplary analysis demonstrates that infringement. Unless otherwise noted, Induction Devices further contends that the evidence below supports a finding of indirect infringement under 35 U.S.C. §§ 271(b) and/or (c), in conjunction with other evidence of liability under one or more of those subsections.

Unless otherwise noted, Induction Devices believes and contends that each element of each claim asserted herein is literally met through Truist's provision of the Infringing Instrumentalities. However, to the extent that Truist attempts to allege that any asserted claim element is not literally met, Induction Devices believes and contends that such elements are met under the doctrine of equivalents. More specifically, in its investigation and analysis of the Infringing Instrumentalities, Induction Devices did not identify any substantial differences between the elements of the patent claims and the corresponding features of the Infringing Instrumentalities, as set forth herein. In each instance, the identified feature of the Infringing Instrumentalities performs at least substantially the same function in substantially the same way to achieve substantially the same result as the corresponding claim element.

Induction Devices notes that the present claim chart and analysis are necessarily preliminary in that Induction Devices has not obtained substantial discovery from Truist nor has Truist disclosed any detailed analysis for its non-infringement position, if any. Further, Induction Devices does not have the benefit of claim construction or expert discovery. Induction Devices reserves the right to supplement and/or amend the positions taken in this preliminary and exemplary infringement analysis, including with respect to literal infringement and infringement under the doctrine of equivalents, if and when warranted by further information obtained by Induction Devices, including but not limited to information adduced through information exchanges between the parties, fact discovery, claim construction, expert discovery, and/or further analysis.

1

US 8,543,628

| Claim # | Infringement |
|---|---|
| 12. An apparatus comprising:<br>a control state machine capable of population with control store addresses according to instruction data received by a bus interface; | The Accused Instrumentalities comprise a control state machine capable of population with control store addresses according to instruction data received by a bus interface.<br><br>The Accused Instrumentalities are consumer payment cards which are compliant with EMV Contactless Specifications for Payment Systems ("EMVCo"). |

US 8,543,628



3

**US 8,543,628**

| Claim # | Infringement |
|---|---|
| | https://www.truist.com/credit-cards<br><br><br>An EMVCo compliant payment card ("Proximity Integrated Circuit Card" or "PICC") is an integrated circuit that includes peripheral components which form a "crypto engine" (also known as a "secure element"). On information and belief, the Accused Instrumentalities comprise a crypto engine including a control state machine which, having received instruction data by a bus interface connected to the PICC's main microcontroller/CPU, populates with control store addresses that correspond to the appropriate instructions for response, including the management and execution of the various secure cryptographic operations in compliance with EMVCo. For instance, a control state machine would be necessary to manage the various cryptography accelerators (ECC, RSA, AES, etc.), secure memories (data path instructions, precomputation tables, static keys and other issuer data, etc.), random number generators, etc.<br><br><br>## 1.1  Scope and Audience<br><br>This specification, the *EMV Level 1 Specifications for Payment Systems, EMV Contactless Interface Specification*, describes the minimum functionality required of Proximity Integrated Circuit Cards (PICCs) and Proximity Coupling Devices (PCDs) to ensure correct operation and interoperability independent of the application to be used. PICCs and PCDs may provide additional proprietary functionality and features, but these are beyond the scope of this specification and interoperability cannot be guaranteed.<br><br>EMV Contactless Interface Specification v3.2, 2022, Section 1.1 at 1. |

**US 8,543,628**

| Claim # | Infringement |
|---|---|
| |  EMV Contactless Book E v1.1, 2025, Figure 3.1 at 19 |

US 8,543,628

| Claim # | Infringement |
|---|---|
| | 8        Cryptographic Algorithms ............................................................................... 44<br>  8.1    Random Numbers .............................................................................. 44<br>  8.2    Bit String Interpretation .................................................................. 44<br>  8.3    Hash Algorithm Indicators.............................................................. 45<br>  8.4    Public Key Algorithm Indicators .................................................. 45<br>  8.5    DES Cryptography ........................................................................... 46<br>    8.5.1    DES ............................................................................... 46<br>    8.5.2    DES-RMAC................................................................... 47<br>  8.6    AES Cryptography ........................................................................... 47<br>    8.6.1    AES.................................................................................. 47<br>    8.6.2    AES-CTR ........................................................................ 47<br>    8.6.3    AES-CBC ........................................................................ 48<br>    8.6.4    AES-CMAC..................................................................... 48<br>    8.6.5    AES-CMAC+ .................................................................. 49<br>  8.7    RSA Cryptography ........................................................................... 50<br>    8.7.1    RSA Algorithm............................................................... 50<br>    8.7.2    RSA Signature ............................................................... 50<br>  8.8    ECC Cryptography ........................................................................... 51<br>    8.8.1    P-256 Curve .................................................................... 51<br>    8.8.2    P-521 Curve .................................................................... 52<br><br>EMV Contactless Book E v1.1, 2025, Contents at 5 |
| a control store memory accessible by the control state machine, the control store memory capable of population with data path | The Accused Instrumentalities comprise a control store memory accessible by the control state machine, the control store memory capable of population with data path instructions indexable by one or more of the control store addresses, wherein the control state machine of the Accused Instrumentalities is configured to identify one of the control store addresses stored and select one of the data path instructions stored in the control store memory with the identified control store address. |

**US 8,543,628**

| Claim # | Infringement |
|---|---|
| instructions indexable by one or more of the control store addresses, wherein the control state machine is configured to identify one of the control store addresses stored and select one of the data path instructions stored in the control store memory with the identified control store address; | The data path instructions of the Accused Instrumentalities comprise the information required by the control state machine (e.g., application instructions, card-specific application parameter data, etc.) to interpret and respond to instructions from the PICC's main microcontroller/CPU in compliance with EMVCo. They must be available to the control state machine on local memory (the control store memory). On information and belief, these data path instructions are indexable by one or more of the control store addresses.<br><br>In order to respond to instructions form the PICC's microcontroller/CPU, the control state machine of the Accused Instrumentalities is configured to, on information and belief, identify one of the control store addresses which would point to the data path instructions necessary for responding in compliance with EMVCo, and select said data path instruction with the identified control store address.<br><br>For instance, the control store memory of the Accused Instrumentalities must be populated with data path instructions associated with the cryptographic operations used for establishing the Secure Channel. |

US 8,543,628

| Claim # | Infringement |
|---|---|
| | ## 2  Secure Channel<br><br>This section describes the secure channel established between the Reader and the Card for each transaction.<br><br>The secure channel provides:<br><br>- Privacy protection<br>- Secure data storage<br>- Local authentication, described separately in section 3.<br><br>Note that the local cryptogram (EDA-MAC) described in section 3.2 is always validated to provide functional assurance of the secure channel.<br><br>## 2.1  BDH Key Agreement<br><br>The Blinded Diffie-Hellman (BDH) key agreement described in Figure 2.1 is a variant of the Elliptic Curve Diffie-Hellman (ECDH) protocol where the Reader generates an ephemeral ECC key pair while the Card uses a fixed key pair personalised by the Issuer. The Card public key is certified by the Issuer through the Card certificate.<br><br>EMV Contactless Book E v1.1, 2025, Section 2 at 15 |
| an address calculation device configured to store coefficient addresses and to select one of the | The Accused Instrumentalities comprise an address calculation device configured to store coefficient addresses and to select one of the coefficient addresses in response to a first portion of the selected data path instruction received from the control store memory. |

**US 8,543,628**

| Claim # | Infringement |
|---|---|
| coefficient addresses in response to a first portion of the selected data path instruction received from the control store memory; and | The BDH Key agreement process mandated by EMVCo includes the blinding of the PICC card's static key by multiplication with a randomly generated integer (the "blinding factor" or "r"), the product of which is multiplied by the Generator of the elliptic curve ("G").<br><br>**Figure 2.1 – BDH Key Agreement**<br><br>**CARD**<br>Private key: $d_C$<br>Public key: $Q_C = d_C \cdot G$<br><br>Blinding factor: r (random)<br>Blinded public key: $P_C = r \cdot Q_C$<br><br>**READER**<br>Ephemeral key pair<br><br>Private key: $d_K$ (random)<br>Public key: $Q_K = d_K \cdot G$<br><br>$P_C$  $Q_K$<br><br>Shared secret: z<br>$z = r \cdot d_C \cdot Q_K = d_C \cdot r \cdot d_K \cdot G$<br><br>Shared secret: z'<br>$z' = d_K \cdot P_C = d_K \cdot r \cdot d_C \cdot G$<br><br>Such that $z = z'$<br><br>G is the generator point of the selected curve |

9

US 8,543,628

| Claim # | Infringement |
|---|---|
| | EMV Contactless Book E v1.1, 2025, Figure 2.1 at 15 <br><br><br> As the Card public key is fixed, for privacy purposes, it needs to be anonymised for each transaction. This is achieved by multiplying the Card public key by a random integer, called the blinding factor, $P_C = r \cdot Q_C$. The result is called the Card blinded public key. Alternatively, the Card blinded public key may be calculated as $P_C = (r \cdot d_C) \cdot G.$ <br><br> EMV Contactless Book E v1.1, 2025, Section 2.1 at 16 <br><br><br> EMVCo PICC units have inherently limited resources due to small size, low power, and a narrow amount of time allotted to complete transactions. The cost of the cryptography calculations is mitigated, on information and belief, by a technique of precomputation. The address calculation device of the Accused Instrumentalities is a window decoder that is a part of the crypto engine. The window decoder slices the 256-bit random blinding factor ("r") into windows, which are stored in a digit register as coefficient addresses. From the digit register they are selected as lookup addresses for looking up precomputed multiples of "G" from a table in response to the first portion of the selected data path instruction, which includes instructions for BDH Key agreement. This saves the PICC from having to make costly calculations of random multiples of G for every session. |

10

**US 8,543,628**

| Claim # | Infringement |
|---|---|
| | **MBEDTLS_ECP_WINDOW_SIZE**<br><br>The main operation on elliptic curves is multiplication of a point by an integer, which is performed using additions and doubling. This is similar to fast exponentiation algorithms you may be familiar with. It is possible to boost performance by pre-computing some well-chosen multiples of the input point just before you multiply it by the chosen integer. This is the comb method.)<br><br>RAM usage increases with the number of multiples you compute and store before performing the actual multiplication. However, while pre-computing a few multiples gives better performance than pre-computing none, you don't want to compute too many either. The optimal size of the pre-computation table depends on the size of the curve.<br><br>By default, our multiplication function will select the table size that gives the best performance for the curve used. However, you might want to set an upper bound for the table size: this is what `MBEDTLS_ECP_WINDOW_SIZE` does. More specifically the value of this macro is the log of the maximum number of points that will be precomputed.<br><br>For example, for NIST P-256, the performance and RAM figures for various values of this parameter (with fixed point optimization disabled, see next section) are as follows:<br><br>| Window Size | 2 | 3 | 4 | 5 | 6 |<br>|---|---|---|---|---|---|<br>| ECDHE/s | 44 | 50 | 53 | 53 | 53 |<br>| Heap bytes | 2064 | 2448 | 3592 | 3624 | 3680 |<br><br>As you can see, when moving from 2 to 4, performance increases with RAM usage; larger values aren't helpful for performance. The code selects 4 as the effective value, and doesn't change RAM usage as much.<br><br>https://mbed-tls.readthedocs.io/en/latest/kb/how-to/how-do-i-tune-elliptic-curves-resource-usage/<br><br><br>For instance, Mbed TLDS's ECC library splits the scalar into "d" slices of width (size) "w". |

11

US 8,543,628

| Claim # | Infringement |
|---|---|
|  | ```
/* d = ceil( n / w ) */
#define COMB_MAX_D      ( MBEDTLS_ECP_MAX_BITS + 1 ) / 2

/* number of precomputed points */
#define COMB_MAX_PRE    ( 1 << ( MBEDTLS_ECP_WINDOW_SIZE - 1 ) )

/*
 * Compute the representation of m that will be used with our comb method.
 *
 * The basic comb method is described in GECC 3.44 for example. We use a
 * modified version that provides resistance to SPA by avoiding zero
 * digits in the representation as in [3]. We modify the method further by
 * requiring that all K_i be odd, which has the small cost that our
 * representation uses one more K_i, due to carries.
 *
 * Also, for the sake of compactness, only the seven low-order bits of x[i]
 * are used to represent K_i, and the msb of x[i] encodes the sign (s_i in
 * the paper): it is set if and only if if s_i == -1;
 *
 * Calling conventions:
 * - x is an array of size d + 1
 * - w is the size, ie number of teeth, of the comb, and must be between
 *    2 and 7 (in practice, between 2 and MBEDTLS_ECP_WINDOW_SIZE)
 * - m is the MPI, expected to be odd and such that bitlength(m) <= w * d
 *    (the result will be incorrect if these assumptions are not satisfied)
 */
```

https://os.mbed.com/teams/sandbox/code/mbedtls/docs/tip/ecp_8c_source.html |
| data path device configured to identify a location of at least one filter coefficient stored by the data path device in | The Accused Instrumentalities comprise data path device configured to identify a location of at least one filter coefficient stored by the data path device in response to the selected coefficient address received from the address calculation device, wherein the data path device is configured to perform digital signal processing operations on digital data with the at least one filter coefficient according to a second portion of the selected data path instruction received from the control store memory. |

12

US 8,543,628

| Claim # | Infringement |
|---|---|
| response to the selected coefficient address received from the address calculation device, wherein the data path device is configured to perform digital signal processing operations on digital data with the at least one filter coefficient according to a second portion of the selected data path instruction received from the control store memory. | In response to each selected digit register window (coefficient address) received from the address calculation device, other parts of the crypto engine of the Accused Instrumentalities including at least a cryptographic arithmetic unit or ECC processor (the data path device) is configured to identify a location of a precomputed multiple of G stored by the data path device in a lookup table, which are in the form of (x, y) coordinates of an elliptical curve. The data path device is configured to then perform key derivation and other cryptographic and encryption operations (digital signal processing operations) on the inputs for key derivation and all Secure Channel communications for the duration of the session (digital data) with the selected precomputed G multiples (at least one filter coefficient) according to a second portion of the selected data path instruction, which is the instruction set which governs ECC and AES-CMAC algorithms, other cryptographic operations, and Secure Channel data encryption.<br><br>**8.8 ECC Cryptography**<br><br>This section defines the P-256 and P-521 curves selected from [ISO/IEC 15946-5]. Other curves may be used for domestic use, but the details are outside the scope of this specification.<br><br>An elliptic curve is built on (or *defined over*) a field. In the scope of this specification, this is always the finite field $F_p$ for a prime $p$. An ECC Public Key is a point on the curve represented in this specification by the *x*-coordinate of the point.<br><br>EMV Contactless Book E v1.1, 2025, Section 8.8 at 51. |

13

**US 8,543,628**

| Claim # | Infringement |
|---|---|
|  | The main operation on elliptic curves is multiplication of a point by an integer, which is performed using additions and doubling. This is similar to fast exponentiation algorithms you may be familiar with. It is possible to boost performance by pre-computing some well-chosen multiples of the input point just before you multiply it by the chosen integer. This is the comb method.)<br><br>https://mbed-tls.readthedocs.io/en/latest/kb/how-to/how-do-i-tune-elliptic-curves-resource-usage/ |

14

**US 8,543,628**

| Claim # | Infringement |
|---|---|
| |  |

**US 8,543,628**

| Claim # | Infringement |
|---|---|
| | ```
* Double-and-add: R = 2P, S = P + Q, with d = X(P - Q),
* for Montgomery curves in x/z coordinates.
*
* http://www.hyperelliptic.org/EFD/g1p/auto-code/montgom/xz/ladder/mladd-1987-m.op3
* with
* d =  X1
* P = (X2, Z2)
* Q = (X3, Z3)
* R = (X4, Z4)
* S = (X5, Z5)
* and eliminating temporary variables tO, ..., t4.
*
* Cost: 5M + 4S
*/
``` https://os.mbed.com/teams/sandbox/code/mbedtls/docs/tip/ecp_8c_source.html |

US 8,543,628

| Claim # | Infringement |
|---|---|
| | ## 2.2 Privacy Protection<br><br>Once the secure channel is established between the Reader and the Card, sensitive data returned by the Card, as shown in Figure 2.2, is encrypted using AES-CTR with the session key for confidentiality $SK_C$.<br><br>**Figure 2.2 – Data Encryption**<br><br><br><br>EMV Contactless Book E v1.1, 2025, Section 2.2 at 16 |

**US 8,543,628**

| Claim # | Infringement |
|---|---|
| | ## 7.2 BDH Key Derivation<br><br>The Reader and the Card derive two 128-bit session keys according to [ISO/IEC 11770-6] as follows:<br><br>- The Card calculates the shared secret from the Card private key, the blinding factor and the Kernel public key as being the *x*-coordinate of:<br>  - $z = d_C \cdot r \cdot Q_K = d_C \cdot r \cdot d_K \cdot G$<br><br>EMV Contactless Book E v1.1, 2025, Section 7.2 at 42<br><br>- The Card and the Reader calculate the 16-byte derivation key $K_D$ using AES-CMAC described in section 8.6.4 as follows:<br>  - Consider *z* (*x*-coordinate) as a byte string Z of $N_{FIELD}$ bytes<br>  - Let V be 16 zero bytes<br>  - $K_D$ = AES-CMAC (V) [Z]<br>- Derive the session key for confidentiality $SK_C$ as follows:<br>  $SK_C$ = AES ($K_D$) ['01' \|\| '01' \|\| '00' \|\| '54334A325957773D' \|\| 'A5A5A5' \|\| '0180']<br>- Derive the session key for integrity $SK_I$ as follows:<br>  $SK_I$ = AES ($K_D$) ['02' \|\| '01' \|\| '00' \|\| '54334A325957773D' \|\| 'A5A5A5' \|\| '0180'] |

**US 8,543,628**

| Claim # | Infringement |
|---|---|
| | EMV Contactless Book E v1.1, 2025, Section 7.2 at 43 |

**Caveat**: The EMVCo specifications cited herein (including, but not limited to, EMV Books 1–3, Contactless Books A–E, and the Level 1 Contactless Interface Specification) are component volumes of a single integrated EMV standard. Each Book governs a different architectural layer (e.g., physical interface, protocol, security, application processing), and they are expressly cross-referenced and interdependent. An EMV-compliant payment card must implement the coordinated requirements across these volumes. Accordingly, citations to multiple EMV Books reflect different functional aspects of the same integrated EMV system implemented in the Accused Instrumentalities.

19