# EXHIBIT F-1

US 6,868,500

### Analysis of Infringement of U.S. Patent No. 6,868,500 by Truist Bank
### (Based on Public Information Only)

Induction Devices LLC ("Induction Devices") provides this preliminary and exemplary infringement analysis with respect infringement of U.S. Patent No. 6,868,500, entitled "Power on reset circuit for a microcontroller" (the "'500 patent") by Truist Bank ("Truist").  The following chart illustrates an exemplary analysis regarding infringement by Truist's contactless credit cards (collectively, the "Accused Instrumentalities").

The analysis set forth below is based only upon information from publicly available resources regarding the Accused Instrumentalities, as Truist has not yet provided any non-public information.

Unless otherwise noted, Induction Devices contends that Truist directly infringes the '500 patent in violation of 35 U.S.C. § 271(a) by selling, offering to sell, making, using, and/or importing the Accused Instrumentalities.  The following exemplary analysis demonstrates that infringement.  Unless otherwise noted, Induction Devices further contends that the evidence below supports a finding of indirect infringement under 35 U.S.C. §§ 271(b) and/or (c), in conjunction with other evidence of liability under one or more of those subsections.

Unless otherwise noted, Induction Devices believes and contends that each element of each claim asserted herein is literally met through Truist's provision of the Accused Instrumentalities.  However, to the extent that Truist attempts to allege that any asserted claim element is not literally met, Induction Devices believes and contends that such elements are met under the doctrine of equivalents.  More specifically, in its investigation and analysis of the Accused Instrumentalities, Induction Devices did not identify any substantial differences between the elements of the patent claims and the corresponding features of the Accused Instrumentalities, as set forth herein.  In each instance, the identified feature of the Accused Instrumentalities performs at least substantially the same function in substantially the same way to achieve substantially the same result as the corresponding claim element.

Induction Devices notes that the present claim chart and analysis are necessarily preliminary in that Induction Devices has not obtained substantial discovery from Truist nor has Truist disclosed any detailed analysis for its non-infringement position, if any.  Further, Induction Devices does not have the benefit of claim construction or expert discovery.  Induction Devices reserves the right to supplement and/or amend the positions taken in this preliminary and exemplary infringement analysis, including with respect to literal infringement and infringement under the doctrine of equivalents, if and when warranted by further information obtained by Induction Devices, including but not limited to information adduced through information exchanges between the parties, fact discovery, claim construction, expert discovery, and/or further analysis.

1

US 6,868,500

| | (Infringement) |
|---|---|
| In a microcontroller having a power supply a method of performing power stability functions utilizing a power on reset circuit, during startup and post-startup operations, said method comprising: | The Accused Instrumentalities comprise a microcontroller having a power supply to perform a method of performing power stability functions utilizing a power on reset circuit during startup and post-startup operations. |

2

US 6,868,500



3

US 6,868,500

| | (Infringement) |
| --- | --- |
| | https://www.truist.com/credit-cards<br><br>**Proximity IC Card (PICC)**   Within these specifications, a PICC is considered to be a consumer token into which integrated circuit(s) and coupling means have been placed and in which communication to such integrated circuit(s) is done by inductive coupling in proximity of a coupling device.<br>The consumer token may be a card of the ID 1 form factor (as defined in [ISO/IEC 7810]), a key fob, a mobile phone, or another form factor.<br><br>EMV Level 1 Contactless Interface Specification, Version 3.2, Section 1.5 on 4. |

4

US 6,868,500

| (Infringement) |
|---|
| **Figure 7.1:  PICC Type A State Diagram**  |
| EMV Level 1 Contactless Interface Specification, Version 3.2, Figure 7.1 at 177. |

5

US 6,868,500

|  | (Infringement) |
|---|---|
| a) performing a power on reset function during startup wherein said power supply is fed by a switched mode pump; and | The Accused Instrumentalities perform the step of performing a power on reset function during startup wherein said power supply is fed by a switched mode pump.<br><br>The following steps outline the initialization process from power detection to entry into the IDLE state:<br>1. **RF Field Detection**:<br>    o   The card's antenna detects the presence of the RF field generated by the PCD. This is the initial trigger for the power-on-reset, as the card begins to harvest energy from the field. This step is implicit in Section 3.2.1, "RF Power and Signal Interface," which describes the field as the power source for the PICC.<br>    *See, e.g.,* EMV Level 1 Contactless Interface Specification, Version 3.2, Section 3.2.1 at 30.<br>2. **Power Harvesting**:<br>    o   The card starts converting the RF energy into DC power to supply its internal circuits. This involves the antenna inducing a current, which is rectified and regulated to charge internal capacitors or other energy storage elements. Section 3.2.2, "PICC Power-up Time," specifies that the time from when the Operating Field is applied until the PICC is fully powered up and ready to respond to commands (IDLE state) shall be no longer than tPOWERUP, with Table 3.3 defining tPOWERUP as 15 ms for EMV-TEST PICC 1 and 2, implying this power harvesting phase.<br>    *See, e.g.,* EMV Level 1 Contactless Interface Specification, Version 3.2, Section 3.2.2 at 31-33.<br>3. **Power-Up Sequence**:<br>    o   Once sufficient power is available, the card's power management circuit enables the core logic, including the CPU. This involves powering up the microcontroller unit (MCU) and associated peripherals. This includes enabling the core voltage(s) and activating the CPU, aligning with the 15 ms power-up time in Section 3.2.2.<br>    *See, e.g.,* EMV Level 1 Contactless Interface Specification, Version 3.2, Section 3.2.2 at 31-33. |

US 6,868,500

| | (Infringement) |
|---|---|
| |

https://hardwarebee.com/introduction-to-power-on-reset-circuit/
Contactless credit card chips (SoCs) operate without a battery and rely on energy harvested from the RF field generated by the reader (via an antenna). The RF signal induces an AC voltage in the card's antenna, which must be rectified and converted into a stable DC voltage to power the chip. On information and belief, the accused instrumentalities comprise a switched mode pump (also known as a switched mode charge pump or charge pump) comprising at least a diode rectifier, which may function as follows: |

US 6,868,500

| | (Infringement) |
|---|---|
| | **Energy Harvesting**: The RF field provides low power (typically in the microwatt to milliwatt range), and a switched mode pump can efficiently step up this voltage to a usable level (e.g., 1.8V or 3.3V) for the chip's operation.<br>**Switching Mechanism**: In contactless cards, the diodes in the charge pump act as switches, controlled by the oscillating RF signal, comprising a switched mode pump by charging a power supply in discrete steps.<br><br>From the Standard:<br><br>which induces a current in the secondary coil (PICC antenna). The PICC converts the electromagnetic field (or RF field) transmitted by the PCD into a DC voltage by means of a diode rectifier, and uses the DC voltage to power the PICC's internal circuits. The configuration and tuning of both antennas determines the coupling efficiency from one device to the other.<br><br>EMV Level 1 Contactless Interface Specification, Version 3.2, Section 2.1 at 13<br><br><br><br>EMV Level 1 Contactless Interface Specification, Version 3.2, Figure 2.1 at 13 |

US 6,868,500

| | (Infringement) |
|---|---|
| | A simple switched mode pump can be created using an RF input signal, an antenna, a rectifier, and a capacitor. This type of circuit is commonly referred to as an RF energy harvesting circuit or a rectenna (rectifying antenna):<br><br>1. **Antenna**: The antenna captures the RF signal from the environment (e.g., Wi-Fi, radio waves, or other electromagnetic transmissions). The efficiency depends on the antenna's design, frequency range, and the strength of the RF source.<br><br>2. **RF Input Signal**: This is the alternating electromagnetic signal picked up by the antenna, typically in the microvolt to millivolt range for ambient energy harvesting.<br><br>3. **Rectifier**: The rectifier (often a diode or a diode-based circuit like a Schottky diode for low-voltage RF signals) converts the AC-like RF signal into a pulsating DC signal. In a charge pump or switched mode pump configuration, this could involve a diode-capacitor ladder (like a voltage doubler or Cockcroft-Walton multiplier) to step up the voltage.<br><br>4. **Capacitor**: The capacitor smooths out the rectified signal and stores the charge, providing a more stable DC output. In a switched mode charge pump, the capacitor also plays a role in the voltage multiplication process as the diodes "pump" charge into it during each cycle of the RF signal. |
| b) utilizing said power on reset circuit, during post-startup operation to: perform power on reset functions upon trip; | The Accused Instrumentalities perform a method further comprising utilizing said power on reset circuit, during post-startup operation (see below), to perform power on reset functions upon trip. |

9

US 6,868,500

| (Infringement) |
| --- |
| **Figure 7.1:  PICC Type A State Diagram**<br><br>EMV Level 1 Contactless Interface Specification, Version 3.2, Figure 7.1 at 177. |

10

US 6,868,500

| | (Infringement) |
|---|---|
| | EMV Contactless compliant payment card SoCs are passive devices powered by an electromagnetic field generated by a Proximity Coupling Device (PCD), typically at 13.56 MHz, as detailed in Section 3.2, "RF Power." However, the field strength can vary due to distance, card movement, or field interruptions, leading to unexpected power fluctuations, which pose a risk to flash memory during write operations.<br>*See, e.g.,* EMV Level 1 Contactless Interface Specification, Version 3.2, Section 3.2 at 29.<br>The EMV Contactless Interface Spec mandates that the PICC <u>must</u> return to the POWER-OFF state no later than a time tRESET after the Operating Field is switched off.<br><br>**Requirements 3.7:  PICC Power-off**<br><br>**PICC**<br><br>3.2.7.1    A PICC shall return to the **POWER−OFF** state no later than $t_{RESET}$ after the Operating Field is switched off as specified in Table 3.10 and Table 3.11.<br><br>Refer to Annex A.5 for the value of $t_{RESET}$.<br><br>EMV Level 1 Contactless Interface Specification, Version 3.2, Section 3.2.7, pages 25-26.<br>Therefore, on information and belief, when the PICC has determined that the operation field has been removed, the Accused Instrumentalities perform a method which further comprises said power on reset circuit performing power on reset functions upon trip. The purpose of this is to place the chip and its components in a safe state within a specified time ($T_{RESET}$) after the trip, which is when the PICC determines that the power will drop below the minimum required to power the PICC, as defined in Tables 3.10 and 3.11.<br>*See, e.g.,* EMV Level 1 Contactless Interface Specification, Version 3.2, Table 3.10 on 41. |
| monitor a condition of said power supply; | The Accused Instrumentalities perform a method that further comprises a way to monitor a condition of said power supply. |

US 6,868,500

| | (Infringement) |
|---|---|
| | When a contactless card (the PICC) leaves the electromagnetic field of the reader (the PCD) or when the reader explicitly switches off that field, the card must not remain "half-powered" or stuck in an undefined state. Section 3.2.7.1 of the EMV Level 1 Contactless Interface Specification (v3.2) addresses this by requiring that "A PICC shall return to the POWER-OFF state no later than t-reset after the Operating Field is switched off." In order to be compliant with the mandatory requirement of Section 3.2.7.1, the PICC's internal circuitry must determine when the operation field has been removed and power will fall below the operational threshold.<br><br>**Requirements 3.7:  PICC Power-off**<br><br>**PICC**<br><br>3.2.7.1    A PICC shall return to the **POWER-OFF** state no later than $t_{RESET}$ after the Operating Field is switched off as specified in Table 3.10 and Table 3.11.<br><br>Refer to Annex A.5 for the value of $t_{RESET}$.<br><br>EMV Level 1 Contactless Interface Specification, Version 3.2, Section 3.2.7, pages 25-26. |
| control said switch mode pump; and provide auxiliary control, indication, and memory protective trip. | The Accused Instrumentalities perform a method which further comprises controlling of said switch mode pump, and providing auxiliary control, indication, and memory protective trip. |

US 6,868,500

| | (Infringement) |
|---|---|
| | After the field is off, the card's internal circuits and any stored charge in its capacitors will dissipate. The specification sets a maximum time, t-reset, for the PICC to do this. In other words, the PICC must not continue to operate or stay partially powered beyond that interval. Section 3.2.7.1 ensures that once the operating field is switched off, and the card's residual power drains away , the card is cleanly reset in a POWER-OFF state prior to the passing of tRESET.<br><br>*See, e.g.,* EMV Level 1 Contactless Interface Specification, Version 3.2, Section 3.2.7, pages 25-26.<br><br>Flash memory, being non-volatile, retains data without power but is susceptible to corruption if power fails during a write operation. Write operations involve erasing a block (setting all bits to 1) and then programming (setting bits to 0), which can be interrupted, leading to partial writes and data integrity issues. The EMV Contactless Interface Spec mandates that the PICC must return to the POWER-OFF state no later than a time tRESET after the Operating Field is switched off, with measurement procedures in Tables 3.10 and 3.11. The requirement states, "The PICC shall return to the POWER-OFF state no later than tRESET after the Operating Field is switched off," ensuring the card handles power loss by entering a safe state. This implies that the SoC must be designed to manage power loss gracefully, and upon information and belief, including mechanisms to abort ongoing operations, such as flash writes, to prevent corruption. This is a memory protective trip. |

13

US 6,868,500

| (Infringement) |
| --- |
| **Requirements 3.7: PICC Power-off**<br><br>**PICC**<br><br>3.2.7.1 A PICC shall return to the **POWER-OFF** state no later than $t_{RESET}$ after the Operating Field is switched off as specified in Table 3.10 and Table 3.11.<br><br>Refer to Annex A.5 for the value of $t_{RESET}$.<br><br><br><br>EMV Level 1 Contactless Interface Specification, Version 3.2, Section 3.2.7, pages 25-26. Section 3.1.3, "Function Properly," states that a PICC functions properly if it can change its internal memory (both volatile and non-volatile) in response to commands, implying data integrity must be maintained. This suggests the need for memory protection, likely involving the POR circuit monitoring power and triggering a safe shutdown, as seen in Section 3.2.7, "PICC Power-off Requirements."<br><br>**3.1.3 'Function Properly'**<br><br>For both a PCD and a PICC, checking the data reception characteristics depends on some kind of acknowledgement by the device that the data was received. For a PCD, sending the next command (=data transmission) in the overall flow implies that the response from the EMV – TEST PICC was understood. For a PICC, a change in internal state implies that the command from the PCD was understood.<br><br>EMV Level 1 Contactless Interface Specification, Version 3.2, Section 3.1.3 on 27. |

**Caveat**: The EMVCo specifications cited herein (including, but not limited to, EMV Books 1–3, Contactless Books A–E, and the Level 1 Contactless Interface Specification) are component volumes of a single integrated EMV standard. Each Book governs a

**US 6,868,500**

different architectural layer (e.g., physical interface, protocol, security, application processing), and they are expressly cross-referenced and interdependent. An EMV-compliant payment card must implement the coordinated requirements across these volumes. Accordingly, citations to multiple EMV Books reflect different functional aspects of the same integrated EMV system implemented in the Accused Instrumentalities.